**SANDERS LAW GROUP**
Craig Sanders, Esq. (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.group
File No.: 128875

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nicole Craine,<br><br>Plaintiff,<br><br>v.<br><br>LM Advisors, LLC,<br><br>Defendant, | Case No: 3:24-cv-00561-JLS-DEB<br><br>**RETURNED SUMMONS** |

DATED: March 25, 2024

                                                **SANDERS LAW GROUP**

                                                By: */s/ Jacqueline Mandel*
Craig Sanders, Esq. (Cal Bar 284397)
Jacqueline Mandel, Esq. (Cal Bar 317119)
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
Email: csanders@sanderslaw.group
Email: jmandel@sanderslaw.group
File No.: 128875

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-CV-00561-JLS-DEB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* LM ADVISORS, LLC

was received by me on *(date)* 03/27/2024

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CORPORATION SERVICE COMPANY AS REGISTERED AGENT, ACCEPTED BY: LYNANNE GARES (MANAGING AGENT EMPLOYED BY REGISTERED AGENT), who is designated by law to accept service of process on behalf of *(name of organization)* LM ADVISORS, LLC AT 251 LITTLE FALLS DR., WILMINGTON, DE 19808 on *(date)* 03/27/2024 AT 3:05 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 03/27/2024

*Server's signature*

GILBERT DEL VALLE   PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD., PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS IN A CIVIL ACTION; COMPLAINT WITH JURY TRIAL DEMANDED; EXHIBITS 1-2

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Nicole Craine

*Plaintiff*

V.

LM Advisors, LLC

*Defendant*

Civil Action No. 24-cv-00561-JLS-DEB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    LM Advisors, LLC

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an office or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - You must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Jacqueline Mandel
    333 Earle Ovington Boulevard, Suite 402
    Uniondale, NY 11553
    516-203-7600

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 3/25/24

John Morrill
*CLERK OF COURT*

S/      R. Contreras
*Signature of Clerk or Deputy Clerk*