Craig Sanders, Esq. (Cal Bar 284397)
SANDERS LAW GROUP
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
File No.: 128875

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| Nicole Craine, | Case No. 3:24-cv-00561-JLS-DEB |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | Judge: Hon. Janis Lynn Sammartino |
| LM Advisors, LLC, | Magistrate Judge: Hon. Daniel E. Butcher |
| Defendant. | Complaint Filed: March 25, 2024 |

//
//
//
//
//
//
//
//

**PLEASE TAKE NOTICE** that Nicole Craine ("Plaintiff") hereby notifies the Court that it has settled all claims between Plaintiff and Defendant in this matter and is in the process of documenting the settlement. Plaintiff anticipates filing a dismissal with prejudice within 45 days.

DATED: May 16, 2024

        **SANDERS LAW GROUP**

        By:   */s/ Craig Sanders*
        Craig Sanders, Esq.
        333 Earle Ovington Blvd, Suite 402
        Uniondale, NY 11553
        Tel: (516) 203-7600
        Email: csanders@sanderslaw.group
        File No.: 128875
        *Attorneys for Plaintiff*