1  Craig Sanders, Esq. (Cal Bar 284397)
   SANDERS LAW GROUP
2  333 Earle Ovington Blvd, Suite 402
   Uniondale, NY 11553
3  Tel: (516) 203-7600
   File No.: 128875
4
   *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nicole Craine, | |
| Plaintiff, | |
| v. | Case No. 3:24-cv-00561-JLS-DEB |
| LM Advisors, LLC, | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed with prejudice.

//
//
//
//
//
//

Case No. 3:24-cv-00561-JLS-DEB     - 1 -
NOTICE OF DISMISSAL

| | |
|---|---|
| 1 | DATED: June 3, 2024 |
| 2 | **SANDERS LAW GROUP** |
| 3 | By: */s/ Craig Sanders* |
| 4 | Craig Sanders, Esq.<br>333 Earle Ovington Blvd, Suite 402 |
| 5 | Uniondale, NY 11553<br>Tel: (516) 203-7600 |
| 6 | Email: csanders@sanderslaw.group<br>File No.: 128875 |
| 7 | *Attorneys for Plaintiff* |